# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT PHARMACEUTICALS IRELAND LIMITED and MALLINCKRODT HOSPITAL PRODUCTS IP UNLIMITED COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AIRGAS THERAPEUTICS LLC, AIRGAS USA LLC, and AIR LIQUIDE S.A.,<br><br>Defendants. | C.A. No. 22-1648-RGA-LDH<br><br>ANDA CASE |

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court that the time for Plaintiffs to submit redacted versions of their Opening Brief in Support of their Motion for a Preliminary Injunction and supporting declaration (D.I. 76, 77, 78, 79, 80, 81, 83, 84, 85, 86, 87) is extended through and including November 3, 2023.

/s/ Sara M. Metzler
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiffs*

/s/ *John C. Phillips Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants, Airgas Therapeutics, LLC and Airgas USA, LLC*

RLF1 29669930v.1

IT IS SO ORDERED, this _____ day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE