THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT PLC, MALLINCKRODT PHARMACEUTICALS IRELAND LIMITED, MALLINCKRODT HOSPITAL PRODUCTS IP UNLIMITED COMPANY, AND INO THERAPEUTICS LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AIRGAS THERAPEUTICS LLC and AIRGAS USA LLC,<br><br>*Defendants*. | C.A. No. 22-cv-1648-RGA-LDH |

**DEFENDANTS AIRGAS THERAPEUTICS, LLC AND AIRGAS USA, LLC'S *DAUBERT* OPENING MOTION TO EXCLUDE THE SUPPLEMENTAL EXPERT REPORT OF DANA TREXLER**

Defendants Airgas Therapeutics LLC and Airgas USA LLC ("Airgas"), through undersigned counsel, hereby move to exclude the Supplemental Expert Report of Dana Trexler (*see* D.I. 467) for the reasons provided in the accompanying Memorandum of Law.

Respectfully submitted,

Dated: August 29, 2025

By: */s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS, MCLAUGHLIN, & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Email: jcp@pmhdelaw.com
         mch@pmhdelaw.com

Christopher Blaszkowski (#5673)
Andrew J. Koopman (#5288)
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Suite 720
Wilmington, Delaware 19801
Tel. (302) 552-4200
Facsimile (302) 552-4295
Email: christopher.blaszkowski@bipc.com
andrew.koopman@bipc.com

Matthew L Fedowitz (*pro hac vice*)
Mythili Markowski (*pro hac vice*)
Karima T. Thompson (*pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
1700 K St. N.W., Suite 300
Washington, D.C. 20006-3807
Tel.: (202) 452-7306
Email: matthew.fedowitz@bipc.com
mythili.markowski@bipc.com
karima.thompson@bipc.com

Roger Lee (*pro hac vice*)
S. Lloyd Smith (*pro hac vice*)
Andrew Cheslock (*pro hac vice*)
Grant Shackelford (*pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314
Tel.: (703) 836-6620
Fax: (703) 836-2021
Email: roger.lee@bipc.com
lloyd.smith@bipc.com
andrew.cheslock@bipc.com
grant.shackelford@bipc.com

Jason P. Bologna (*pro hac vice*)
Erin A. Napoleon (*pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Tel.: (215) 665-3928
Email: jason.bologna@bipc.com
erin.napoleon@bipc.com

*Attorneys for Defendants, Airgas Therapeutics, LLC and Airgas USA, LLC*

2